<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor Name</td><td>Uptown Dental, PLLC d/b/a Lakeside Dental Solutions</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Texas</td></tr>
<tr><td>Case number:</td><td>24-33352</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: December 2024

Date report filed: 01/27/2025
MM / DD / YYYY

Line of business: Dental Office

NAISC code: 6212

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Dr. Rashid Beirute-Prada, DDS, MDS

Original signature of responsible party: /s/ Rashid Beirute-Prada

Printed name of responsible party: Dr. Rashid Beirute-Prada, DDS, MDS

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Uptown Dental, PLLC d/b/a Lakeside Dental Solutions | Case number | 24-33352 |

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 35,417.13

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 114,510.52

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ 132,414.58

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ -17,904.06

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 17,513.25

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   $ 0.00

   *(Exhibit E)*

Debtor Name __Uptown Dental, PLLC d/b/a Lakeside Dental Solutions__    Case number __24-33352__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____0.00_____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____10_____

27. What is the number of employees as of the date of this monthly report?    _____10_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0.00_____

30. How much have you paid this month in other professional fees?    $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?    $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | – | Column B | = | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** |  | **Actual** |  | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 138,868.00 | – | $ 114,510.52 | = | $ -24,357.48 |
| 33. **Cash disbursements** | $ 123,357.00 | – | $ 132,414.58 | = | $ 9,057.58 |
| 34. **Net cash flow** | $ 15,511.00 | – | $ -17,904.06 | = | $ -33,415.06 |

35. Total projected cash receipts for the next month:    $ 138,868.00

36. Total projected cash disbursements for the next month:    - $ 123,357.00

37. Total projected net cash flow for the next month:    = $ 15,511.00

Debtor Name  Uptown Dental, PLLC d/b/a Lakeside Dental Solutions          Case number 24-33352

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

UPTOWN DENTAL SOLUTIONS PLLC
6705 HERITAGE PKWY
ROCKWALL, TX  75087

📱  1.888.BUSINESS (1.888.287.4637)

✍️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Gold

for December 1, 2024 to December 31, 2024

Account number: ████████ 3492

**UPTOWN DENTAL SOLUTIONS PLLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2024 | $1,870.34 | # of deposits/credits: 1 |
| Deposits and other credits | 7,033.04 | # of withdrawals/debits: 4 |
| Withdrawals and other debits | -8,635.32 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $1,182.52 |
| **Ending balance on December 31, 2024** | **$268.06** | [1]Includes checks paid, deposited items and other debits |



Security tips

## Tips to help protect yourself from trending scams:

• Hang up if you receive a suspicious call from someone saying they're from the bank. Instead, call the number on your statement or card.
• Neither Bank of America nor the U.S. government will request that you transfer money or share codes to resolve fraud.

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself**.



When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-01-24-2353.B2 | 6172088

UPTOWN DENTAL SOLUTIONS PLLC  |  Account # 4889   9691  |  December 1, 2024 to December 31, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**     **Equal Housing Lender**



**Your checking account**

UPTOWN DENTAL SOLUTIONS PLLC   |   Account # 4880 6299 3492   |   December 1, 2024 to December 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/26/24 | Online Banking transfer from CHK 9408 Confirmation# 4515089917 | 7,033.04 |
| **Total deposits and other credits** | | **$7,033.04** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/05/24 | BANK MIDWEST   DES:LOAN PMT   ID:100383   INDN:DDSPERIO, PLLC,      CO ID:1410256760 CCD | -1,250.00 |
| 12/27/24 | USAA SAV-INTRNT   DES:TRANSFER   ID:0200859722   INDN:DR RASHID BEIRUTE PRAD  CO ID:USAA FT   PPD | -5,000.00 |
| 12/30/24 | USAA CHK-INTRNT   DES:TRANSFER   ID:0038156202   INDN:DR RASHID BEIRUTE PRAD  CO ID:USAA FT   PPD | -2,033.04 |
| 12/30/24 | MASSMUTUAL LIFE   DES:INS. PREM   ID:000000008748467   INDN:RASHID BEIRUTE-PRADA     CO ID:1041590850 PPD | -352.28 |
| **Total withdrawals and other debits** | | **-$8,635.32** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|------|-------------|--------|
| Total Overdraft fees | $0.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-11-23-0458.C | 6115469

UPTOWN DENTAL SOLUTIONS PLLC   |   Account # 4886-0259-9492   |   December 1, 2024 to December 31, 2024

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|-------------|
| 12/01 | 1,870.34 | 12/26 | 7,653.38 | 12/30 | 268.06 |
| 12/05 | 620.34 | 12/27 | 2,653.38 | | |



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA

Preferred Rewards
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✏️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

UPTOWN DENTAL SOLUTIONS PLLC LLC
6705 HERITAGE PKWY
ROCKWALL, TX  75087

# Your Business Advantage Savings Preferred Rewards for Bus Gold

for December 1, 2024 to December 31, 2024

Account number: ██████ 3768

**UPTOWN DENTAL SOLUTIONS PLLC LLC**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2024 | $15,118.36 |
| Deposits and other credits | 11,000.18 |
| Withdrawals and other debits | -18,000.00 |
| Service fees | -0.00 |
| **Ending balance on December 31, 2024** | **$8,118.54** |

# of deposits/credits: 6

# of withdrawals/debits: 2

# of days in cycle: 31

Average ledger balance: $10,440.94

Average collected balance: $10,440.94

*Annual Percentage Yield Earned this statement period: 0.02%.*
*Interest Paid Year To Date: $1.45.*



Security tips

### Tips to help protect yourself from trending scams:

• Hang up if you receive a suspicious call from someone saying they're from the bank. Instead, call the number on your statement or card.
• Neither Bank of America nor the U.S. government will request that you transfer money or share codes to resolve fraud.

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself**.



When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-01-24-2353.B2 | 6172088

UPTOWN DENTAL SOLUTIONS PLLC LLC  |  Account # 1234 5678  |  December 1, 2024 to December 31, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender

 **BANK OF AMERICA** <span style="float:right">**Your savings account**</span>

UPTOWN DENTAL SOLUTIONS PLLC LLC   |   Account # 4880 7810 3768   |   December 1, 2024 to December 31, 2024

# Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/24 | Online scheduled transfer from CHK 9408 Confirmation# 1923653786 | 2,000.00 |
| 12/11/24 | Online Banking transfer from CHK 9408 Confirmation# 4792875734 | 3,000.00 |
| 12/13/24 | Online scheduled transfer from CHK 9408 Confirmation# 1925594295 | 2,000.00 |
| 12/20/24 | Online scheduled transfer from CHK 9408 Confirmation# 1927461452 | 2,000.00 |
| 12/27/24 | Online scheduled transfer from CHK 9408 Confirmation# 1928945272 | 2,000.00 |
| 12/31/24 | Interest Earned | 0.18 |
| **Total deposits and other credits** | | **$11,000.18** |

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/24 | Online Banking transfer to CHK 9408 Confirmation# 4249332420 | -10,000.00 |
| 12/23/24 | Online Banking transfer to CHK 9408 Confirmation# 4497351641 | -8,000.00 |
| **Total withdrawals and other debits** | | **-$18,000.00** |

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/01 | 15,118.36 | 12/13 | 12,118.36 | 12/27 | 8,118.36 |
| 12/06 | 7,118.36 | 12/20 | 14,118.36 | 12/31 | 8,118.54 |
| 12/11 | 10,118.36 | 12/23 | 6,118.36 | | |



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-11-23-0458.C  I  6115469

UPTOWN DENTAL SOLUTIONS PLLC LLC   |   Account December 1 to December 31, 2024

This page intentionally left blank


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

UPTOWN DENTAL SOLUTIONS PA LLC
DBA LAKESIDE DENTAL SOLUTIONS
6705 HERITAGE PKWY
ROCKWALL, TX  75087

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Gold

for December 1, 2024 to December 31, 2024                    Account number: ████████ 9408

**UPTOWN DENTAL SOLUTIONS PA LLC        DBA LAKESIDE DENTAL SOLUTIONS**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on December 1, 2024 | $9,839.44 | # of deposits/credits: 78 |
| Deposits and other credits | 132,510.52 | # of withdrawals/debits: 81 |
| Withdrawals and other debits | -74,784.11 | # of items-previous cycle¹: 19 |
| Checks | -58,438.19 | # of days in cycle: 31 |
| Service fees | -15.00 | Average ledger balance: $11,844.87 |
| **Ending balance on December 31, 2024** | **$9,112.66** | ¹Includes checks paid, deposited items and other debits |



Security tips

### Tips to help protect yourself from trending scams:

• Hang up if you receive a suspicious call from someone saying they're from the bank. Instead, call the number on your statement or card.
• Neither Bank of America nor the U.S. government will request that you transfer money or share codes to resolve fraud.

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself**.



When you use the QRC feature certain information is collected from your mobile device for business purposes. SSM-01-24-2353.B2 | 6172088

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



Bank of America, N.A. Member FDIC and       Equal Housing Lender



**BANK OF AMERICA**

<span style="color:red">**Your checking account**</span>

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4880 4506 9408   |   December 1, 2024 to December 31, 2024

# Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/02/24 | CIGNA          DES:HCCLAIMPMT ID:XXXXXXXX  INDN:LAKESIDE DENTAL SOLUTI  CO ID:4124013277 CCD  PMT INFO:TRN*1*XXXXXXXXX*1591031071\ | 948.10 |
| 12/03/24 | Preencoded Deposit | 783.75 |
| 12/03/24 | CIGNA          DES:HCCLAIMPMT ID:XXXXXXXX  INDN:LAKESIDE DENTAL SOLUTI  CO ID:4124013277 CCD  PMT INFO:TRN*1*XXXXXXXXX*1591031071\ | 148.80 |
| 12/04/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 1,817.65 |
| 12/04/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 871.20 |
| 12/04/24 | DELTADNTLINS 3C DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTION  CO ID:6942761537 CCD  PMT INFO:TRN*1*202412010058647*1942761537*94276~ | 658.00 |
| 12/04/24 | DELTA DENTAL MN DES:HCCLAIMPMT ID:9102648892AL MN  INDN:DELTA DENTAL MN          CO ID:5411905554 CCD  PMT INFO:TRN*1*9102648892*5411905554~ | 615.00 |
| 12/04/24 | DELTA DENTAL MA DES:PAYMENT    ID:5158517  INDN:UPTOWN DENTAL SO          CO ID:CXXXXXXXXX CTX  PMT INFO:TRN*1*5158517*1CXXXXXXXXX~ | 98.00 |
| 12/04/24 | DELTA DENTAL IL DES:DirPay      ID:XXXXXXXXX  INDN:UPTOWN DENTAL SOLUTION  CO ID:3362612058 CCD  PMT INFO:TRN*1*071001733084747*1362612058\ | 65.60 |
| 12/05/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 5,805.20 |
| 12/05/24 | AETNA AS01      DES:HCCLAIMPMT ID:XXXXX9428  INDN:UPTOWN DENTAL SOLUTION  CO ID:1066033492 CCD  PMT INFO:TRN*1*824337000083534*1066033492\ | 112.00 |
| 12/05/24 | DELTADENTALCA2C DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTION  CO ID:6941461312 CCD  PMT INFO:TRN*1*202412020093469*1941461312*77777~ | 73.80 |
| 12/06/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 10,665.59 |
| 12/06/24 | Online Banking transfer from SAV 3768 Confirmation# 4249332420 | 10,000.00 |
| 12/06/24 | DELTA DENTAL WA DES:HCCLAIMPMT ID:XXXXXXXXX  INDN:6705 HERITA ROCKWALL     CO ID:1270937829 CCD  PMT INFO:TRN*1*111000023294154*1910621480~ | 1,652.60 |
| 12/06/24 | DELTADIC-FEDVIP  DES:HCCLAIMPMT ID:9003522276EDVIP  INDN:DELTADIC-FEDVIP          CO ID:1751233841 CCD  PMT INFO:TRN*1*9003522276*1751233841~ | 1,610.15 |

*continued on the next page*



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-11-23-0458.C | 6115469

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4880-4900-9408   |   December 1, 2024 to December 31, 2024

# Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 12/06/24 | DDCO          DES:HCCLAIMPMT ID:XXXXXXXX  INDN:UPTOWN DENTAL SOLUTION  CO ID:3840568337 CCD  PMT INFO:TRN*1*EXXXXXXXX*3840568337~ | 209.00 |
| 12/06/24 | BANKCARD-1205   DES:BTOT DEP :530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 47.30 |
| 12/09/24 | BANKCARD-1205   DES:BTOT DEP :530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 7,783.60 |
| 12/09/24 | CIGNA          DES:HCCLAIMPMT ID:XXXXXXXX  INDN:LAKESIDE DENTAL SOLUTI  CO ID:4124013277 CCD  PMT INFO:TRN*1*XXXXXXXX*1591031071\ | 1,659.79 |
| 12/09/24 | AETNA A04       DES:HCCLAIMPMT ID:XXXXX9428  INDN:UPTOWN DENTAL SOLUTION  CO ID:1066033492 CCD  PMT INFO:TRN*1*824339000168375*1066033492\ | 161.60 |
| 12/10/24 | Preencoded Deposit | 4,356.40 |
| 12/10/24 | Preencoded Deposit | 1,327.00 |
| 12/10/24 | DDTN GEN CLAIMS  DES:HCCLAIMPMT ID:9100395515LAIMS  INDN:DDTN GEN CLAIMS       CO ID:1620812197 CCD  PMT INFO:TRN*1*9100395515*1620812197~ | 735.50 |
| 12/10/24 | PNC-ECHO       DES:HCCLAIMPMT ID:XXXXXXXX  INDN:UPTOWN DENTAL SOLUTION  CO ID:2326137891 CCD  PMT INFO:TRN*1*1165935392*1341858379\ | 162.13 |
| 12/11/24 | DELTADNTLINS 3C  DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTION  CO ID:6942761537 CCD  PMT INFO:TRN*1*202412080076925*1942761537*94276~ | 3,757.50 |
| 12/11/24 | BANKCARD-1205   DES:BTOT DEP :530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 3,263.84 |
| 12/11/24 | Cherry       DES:Funding   ID:1199070  INDN:LDSGeneral        CO ID:1822708163 PPD | 1,705.01 |
| 12/11/24 | DELTA DENTAL MA  DES:PAYMENT   ID:5168801  INDN:UPTOWN DENTAL SO     CO ID:CXXXXXXXX CTX  PMT INFO:TRN*1*5168801*1CXXXXXXXX~ | 607.00 |
| 12/11/24 | DELTADENTALNY6Y  DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTIO  CO ID:1111980218 CCD  PMT INFO:TRN*1*202412080123690*1111980218*11198~ | 481.00 |
| 12/11/24 | DELTA DENTAL IL  DES:DirPay    ID:XXXXXXXXX  INDN:UPTOWN DENTAL SOLUTION  CO ID:3362612058 CCD  PMT INFO:TRN*1*071001733096429*1362612058\ | 229.45 |
| 12/11/24 | AETNA AS01      DES:HCCLAIMPMT ID:XXXXX9428  INDN:Uptown Dental Solution  CO ID:3066033492 CCD  PMT INFO:TRN*1*882434001079689*1066033492\ | 127.75 |
| 12/12/24 | SYNCHRONY BANK   DES:MTOT DEP  ID:534812028594392  INDN:UPTOWN DENTAL SOLUTION  CO ID:3061537262 CCD | 4,750.00 |
| 12/12/24 | BANKCARD-1205   DES:BTOT DEP :530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 3,569.44 |
| 12/12/24 | AETNA A04       DES:HCCLAIMPMT ID:XXXXX9428  INDN:UPTOWN DENTAL SOLUTION  CO ID:1066033492 CCD  PMT INFO:TRN*1*824344000213966*1066033492\ | 116.60 |
| 12/12/24 | BANKCARD-1205   DES:BTOT DEP  ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 108.80 |
| 12/12/24 | DDMO          DES:HCCLAIMPMT ID:202403157687127  INDN:UPTOWN DENTAL SOLUTION  CO ID:1430908349 CCD  PMT INFO:TRN*1*10271448*1430908349~ | 91.00 |
| 12/12/24 | AETNA AS01      DES:HCCLAIMPMT ID:XXXXX9428  INDN:UPTOWN DENTAL SOLUTION  CO ID:1066033492 CCD  PMT INFO:TRN*1*824344000213964*1066033492\ | 79.00 |
| 12/13/24 | BANKCARD-1205   DES:BTOT DEP  ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 2,212.83 |

*continued on the next page*

**BANK OF AMERICA** 🇺🇸

<span style="color:red">**Your checking account**</span>

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4880 4506 9408   |   December 1, 2024 to December 31, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 12/13/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 523.50 |
| 12/13/24 | DELTADIC-FEDVIP  DES:HCCLAIMPMT ID:9003541588EDVIP  INDN:DELTADIC-FEDVIP        CO ID:1751233841 CCD  PMT INFO:TRN*1*9003541588*1751233841~ | 91.00 |
| 12/13/24 | DELTADENTALPA6P  DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTION CO ID:1231667011 CCD  PMT INFO:TRN*1*202412100056663*1231667011*23166~ | 65.60 |
| 12/13/24 | DDCO        DES:HCCLAIMPMT ID:XXXXXXXXX  INDN:UPTOWN DENTAL SOLUTION  CO ID:3840568337 CCD  PMT INFO:TRN*1*EXXXXXXXX*3840568337~ | 62.00 |
| 12/16/24 | Preencoded Deposit | 10,682.25 |
| 12/16/24 | Preencoded Deposit | 1,976.70 |
| 12/16/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 1,186.80 |
| 12/16/24 | SYNCHRONY BANK   DES:MTOT DEP   ID:534812028594392  INDN:UPTOWN DENTAL SOLUTION CO ID:3061537262 CCD | 1,135.09 |
| 12/16/24 | CIGNA         DES:HCCLAIMPMT ID:XXXXXXXXX  INDN:LAKESIDE DENTAL SOLUTI  CO ID:4124013277 CCD  PMT INFO:TRN*1*XXXXXXXXX*1591031071\ | 1,008.40 |
| 12/16/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 280.00 |
| 12/16/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 100.00 |
| 12/17/24 | ADP PAYROLL FEES DES:ADP FEES   ID:377575676048  INDN:XXXXXXXXXUPTOWN DENTAL  CO ID:9659605001 CCD | 67.35 |
| 12/17/24 | ADP PAYROLL FEES DES:ADP FEES   ID:377575676049  INDN:XXXXXXXXXUPTOWN DENTAL  CO ID:9659605001 CCD | 67.35 |
| 12/18/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 2,306.60 |
| 12/18/24 | DELTADNTLINS 3C DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTION CO ID:6942761537 CCD  PMT INFO:TRN*1*202412150077141*1942761537*94276~ | 391.00 |
| 12/18/24 | DELTADENTAL NC   DES:HCCLAIMPMT ID:9101440619AL NC  INDN:DELTADENTAL NC        CO ID:3561018068 CCD  PMT INFO:TRN*1*9101440619*3561018068~ | 94.00 |
| 12/18/24 | Delta Dental WI DES:DirPay    ID:   XXXXXXXXX  INDN:UPTOWN DENTAL SOLUTION  CO ID:1396094742 CCD  PMT INFO:TRN*1*075901561942769*1396094742~ | 91.00 |
| 12/19/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 2,647.11 |
| 12/19/24 | AETNA AS01       DES:HCCLAIMPMT ID:XXXXX9428  INDN:UPTOWN DENTAL SOLUTION  CO ID:1066033492 CCD  PMT INFO:TRN*1*824351000211399*1066033492\ | 264.00 |
| 12/19/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 144.00 |
| 12/20/24 | BANKCARD-1205   DES:BTOT DEP   ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 1,398.20 |

*continued on the next page*

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4830-4900-9408   |   December 1 - December 31, 2024

# Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 12/20/24 | DDPAR          DES:HCCLAIMPMT ID:XXXXXXXX  INDN:6705 HERITA ROCKWALL    CO ID:2710561140 CCD  PMT INFO:TRN*1*XXXXXXXX*2710561140~ | 65.60 |
| 12/23/24 | BANKCARD-1205   DES:BTOT DEP  ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 12,494.77 |
| 12/23/24 | Online Banking transfer from SAV 3768 Confirmation# 4497351641 | 8,000.00 |
| 12/23/24 | CIGNA          DES:HCCLAIMPMT ID:XXXXXXXX  INDN:LAKESIDE DENTAL SOLUTI  CO ID:4124013277 CCD  PMT INFO:TRN*1*XXXXXXXX*1591031071\ | 664.00 |
| 12/24/24 | DELTADNTLINS 3C DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTION  CO ID:6942761537 CCD  PMT INFO:TRN*1*202412200076843*1942761537*94276~ | 1,022.00 |
| 12/24/24 | Cherry          DES:PAYMENT    ID:adf1a9c365584a0 INDN:LDSGeneral          CO ID:1822708163 CCD | 620.27 |
| 12/24/24 | PNC-ECHO          DES:HCCLAIMPMT ID:XXXXXXXX  INDN:UPTOWN DENTAL SOLUTION  CO ID:2326137891 CCD  PMT INFO:TRN*1*1168150128*1341858379\ | 309.24 |
| 12/24/24 | DELTADNTLINS 3A DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTION  CO ID:1942761537 CCD  PMT INFO:TRN*1*202412200007537*1942761537*AARP1~ | 241.00 |
| 12/24/24 | DELTA DENTAL MA DES:PAYMENT    ID:5202936  INDN:UPTOWN DENTAL SO        CO ID:CXXXXXXXXX CTX  PMT INFO:TRN*1*5202936*1CXXXXXXXXX~ | 91.00 |
| 12/26/24 | BANKCARD-1205   DES:BTOT DEP  ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | 1,986.00 |
| 12/26/24 | DDVA          DES:HCCLAIMPMT ID:XXXXXXXX  INDN:UPTOWN DENTAL SOLUTION  CO ID:1540844477 CCD  PMT INFO:TRN*1*EXXXXXXXX*1540844477~ | 582.50 |
| 12/26/24 | DDNJ          DES:HCCLAIMPMT ID:2575958  INDN:UPTOWN DENTAL SOLUTION  CO ID:9151552010 CCD  PMT INFO:TRN*1*2575958*1221896118~ | 182.00 |
| 12/27/24 | DDMO          DES:HCCLAIMPMT ID:202403114526101  INDN:UPTOWN DENTAL SOLUTION  CO ID:1430908349 CCD  PMT INFO:TRN*1*10294809*1430908349~ | 105.00 |
| 12/27/24 | DELTADENTALDC60 DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTION  CO ID:1521479587 CCD  PMT INFO:TRN*1*202412230014959*1521479587*52147~ | 91.00 |
| 12/30/24 | Preencoded Deposit | 4,223.04 |
| 12/30/24 | Preencoded Deposit | 2,877.97 |
| 12/30/24 | AETNA AS01          DES:HCCLAIMPMT ID:XXXXX9428  INDN:UPTOWN DENTAL SOLUTION  CO ID:1066033492 CCD  PMT INFO:TRN*1*824360000232308*1066033492\ | 301.20 |
| 12/31/24 | DELTADNTLINS 3C DES:HCCLAIMPMT ID:789424490001  INDN:UPTOWN DENTAL SOLUTION  CO ID:6942761537 CCD  PMT INFO:TRN*1*202412270042921*1942761537*94276~ | 605.00 |
| **Total deposits and other credits** | | **$132,510.52** |

# Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/02/24 | BANKCARD-1205   DES:MTOT DISC  ID:530961100068410  INDN:LAKESIDE DENTAL SOLUTI  CO ID:8592126793 CCD | -1,090.39 |
| 12/03/24 | Dental ROI Assoc DES:6157125992 ID:  INDN:Uptown Dental          CO ID:0010418067 CCD | -2,295.00 |
| 12/03/24 | SPECTRUM          DES:SPECTRUM  ID:4240078 INDN:RASHID PRADA          CO ID:0000358635 PPD | -285.64 |
| 12/03/24 | LEASEDIRECT          DES:10339_1    ID:4211592 INDN:UPTOWN DENTAL SOLUTION  CO ID:XXXXXXXX  CCD  PMT INFO:INV# XXXXXXXX DUE 12/01/24 REC# 1609565 | -266.10 |

*continued on the next page*



**Your checking account**

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4880 4506 9408   |   December 1, 2024 to December 31, 2024

# Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 12/03/24 | DENTAL SYSTEMS  DES:Drafts    ID:264069  INDN:Lakeside Dental Soluti  CO ID:9760670221 CCD  PMT INFO:20241130 903 | -217.35 |
| 12/05/24 | JB&B Recourse    DES:AUTH PAYME ID:G-51BA0D85B9FE4  INDN:Uptown Dental Solution  CO ID:1208451038 CCD | -1,527.33 |
| 12/06/24 | Online scheduled transfer to SAV 3768 Confirmation# 1923653786 | -2,000.00 |
| 12/06/24 | PRINCIPAL-CCAPNL DES:PRIN FINAN ID:384790300100148  INDN:RASHID PRADA          CO ID:9INDPNLEFT PPD | -72.19 |
| 12/06/24 | ADP PAYROLL FEES DES:ADP FEES   ID:445074845436  INDN:XXXXXXXXXUPTOWN DENTAL  CO ID:9659605001 CCD | -67.35 |
| 12/09/24 | Adit Advertising DES:Adit Adver ID:ST-U2P7I0X9J7D1  INDN:RASHID BEIRUTE PRADA    CO ID:1800948598 CCD | -998.00 |
| 12/09/24 | LQPAYLLC         DES:PROVFEES   ID:000000000000573  INDN:UPTOWNDENTALSOLUTIONS  CO ID:1933383045 CCD  PMT INFO:LQ PAY LLC FEE NOVEMBER 2024\ | -211.50 |
| 12/09/24 | NEA, Inc.      DES:Payment     ID:3309761  INDN:Lakeside Dental Soluti  CO ID:7593399754 PPD | -126.86 |
| 12/09/24 | NEA, Inc.      DES:Payment     ID:3309761  INDN:Lakeside Dental Soluti  CO ID:7593399754 PPD | -15.99 |
| 12/10/24 | HERTIGAEMOBVEN  DES:REMITTANCE ID:105763832090  INDN:UPTOWNDENTALSOLUTION CO ID:4203050521 WEB | -15,000.00 |
| 12/11/24 | Online Banking transfer to SAV 3768 Confirmation# 4792875734 | -3,000.00 |
| 12/13/24 | Online scheduled transfer to SAV 3768 Confirmation# 1925594295 | -2,000.00 |
| 12/16/24 | JB&B Recourse    DES:AUTH PAYME ID:G-B2766C18827B4  INDN:Uptown Dental Solution  CO ID:1208451038 CCD | -800.58 |
| 12/16/24 | MASSMUTUAL LIFE  DES:INS. PREM  ID:000000008860654  INDN:LAKESIDE DENTAL SOLUTI CO ID:1041590850 PPD | -410.62 |
| 12/17/24 | BKOFAMERICA BC  12/17 #000003939 WITHDRWL | -2,500.00 |
| 12/17/24 | THE HARTFORD      DES:INSPMTCL  ID:14371517  INDN:UPTOWN DENTAL SOLUTION  CO ID:9942902727 CCD | -846.10 |
| 12/18/24 | ENGIE REG IMMEDI DES:BILL PAY  ID:13802690631  INDN: LAKESIDE DENTAL SOLUT  CO ID:7529283411 CCD | -668.71 |
| 12/20/24 | Online scheduled transfer to SAV 3768 Confirmation# 1927461452 | -2,000.00 |
| 12/23/24 | SBA EIDL LOAN    DES:PAYMENT    ID:0000  INDN:RASHID BEIRUTE-PRADA    CO ID:7300000118 CCD  PMT INFO:4296387805 | -2,202.00 |
| 12/23/24 | CHASE CREDIT CRD DES:AUTOPAYBUS ID:000000000156593  INDN:BEIRUTE-PRADA RASHID CO ID:4760039224 PPD | -1,000.00 |
| 12/24/24 | UMB Ext Transfer DES:UMBExtTran ID:LAKESIDE DENTAL  INDN:LAKESIDE DENTAL SOLUTI  CO ID:OLBEXTRANS WEB | -8,500.00 |
| 12/24/24 | INTUIT *        DES:QBooks Onl ID:2423556  INDN:UPTOWN DENTAL SOLUTION  CO ID:0000756346 CCD | -255.84 |
| 12/26/24 | Online Banking transfer to CHK 3492 Confirmation# 4515089917 | -7,033.04 |
| 12/27/24 | Online scheduled transfer to SAV 3768 Confirmation# 1928945272 | -2,000.00 |

Card account # XXXX XXXX XXXX 1108

| Date | Description | Amount |
|---|---|---|
| 12/02/24 | PURCHASE  1201 Indeed 100713541 8004625842   TX | -527.11 |
| 12/02/24 | CHECKCARD  1201 GOOGLE *GSUITE_la 6502530000   CA 5543286433620485273 3884 RECURRING CKCD 5817 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -53.73 |
| 12/04/24 | CHECKCARD  1204 JFI *KWIKLY DENTA 6125249268   MN 5512503433917055086 7267 CKCD 5045 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -603.47 |

*continued on the next page*

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4880 4500 9408   |   December 1, 2024 - December 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 12/05/24 | CHECKCARD  1202 AIR SUPPLY DALLAS        TX 8543052433970195333031 CKCD 5085 XXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -370.90 |
| 12/05/24 | CHECKCARD  1204 WATER COFFEE DELI 8007285508   FL 5543687433927339646029B RECURRING CKCD 5999 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -36.47 |
| 12/05/24 | CHECKCARD  1205 JFI *KWIKLY DENTA 6125249268   MN 5512503434017163025384B CKCD 5045 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -641.58 |
| 12/06/24 | CHECKCARD  1205 SQ *COSMEDENT, IN 8774174551   IL 5543286434020640B606534 CKCD 8021 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -681.05 |
| 12/06/24 | CHECKCARD  1206 JFI *KWIKLY DENTA 6125249268   MN 5512503434117264955045B CKCD 5045 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -619.30 |
| 12/09/24 | CHECKCARD  1207 JFI *KWIKLY DENTA 6125249268   MN 5512503434217373658144B CKCD 5045 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -628.33 |
| 12/12/24 | PURCHASE  1212 AMAZON MKTPL*ZR7M 8662161072   WA | -74.63 |
| 12/13/24 | CHECKCARD  1213 JFI *KWIKLY DENTA 6125249268   MN 5512503434817988801966B CKCD 5045 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -1,245.05 |
| 12/16/24 | PURCHASE  1214 AMAZON MKTPL*ZX3S 8662161072   WA | -97.40 |
| 12/16/24 | CHECKCARD  1214 JFI *KWIKLY DENTA 6125249268   MN 5512503434918094601889B CKCD 5045 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -1,314.36 |
| 12/16/24 | PURCHASE  1215 Indeed 101008865 8004625842   TX | -540.82 |
| 12/16/24 | CHECKCARD  1215 DENTEK SYSTEMS 9724990588   TX 8454914350900012248499 CKCD 7379 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -624.87 |
| 12/17/24 | CHECKCARD  1216 PY *ADVANTAGE STO 9725470236   TX 0543684435200041674623B CKCD 4225 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -538.55 |
| 12/18/24 | CHECKCARD  1217 BTS*PATTERSONDENT 8003285536   MN 7541823435221700515799B CKCD 5047 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -4,048.79 |
| 12/19/24 | CHECKCARD  1218 WATER COFFEE DELI 8007285508   FL 5543687435327353283616B RECURRING CKCD 5999 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -6.48 |
| 12/19/24 | CHECKCARD  1218 TOKYO HANA ROWLETT        TX 5543687435413354714883B CKCD 5812 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -365.89 |
| 12/20/24 | CHECKCARD  1219 DENTALPOST 6788057820   OR 5265384435471852360237B RECURRING CKCD 7361 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -298.00 |
| 12/20/24 | CHECKCARD  1219 COSMEDENT INC 8006216729   IL 0522702435430026152915B CKCD 5047 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -381.55 |
| 12/20/24 | CHECKCARD  1220 JFI *KWIKLY DENTA 6125249268   MN 5512503435518715062389B CKCD 5045 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -1,182.30 |
| 12/23/24 | CHECKCARD  1221 JFI *KWIKLY DENTA 6125249268   MN 5512503435618828721050B CKCD 5045 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -1,327.66 |
| 12/26/24 | CHECKCARD  1223 AIR SUPPLY DALLAS        TX 8543052436070195333252B CKCD 5085 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -94.25 |
| 12/26/24 | CHECKCARD  1224 JFI *KWIKLY DENTA 6125249268   MN 5512503435919243689359B CKCD 5045 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -625.16 |
| 12/31/24 | CHECKCARD  1230 GLIDEWELL LABORAT 9494402784   CA 5550629436519780413311B CKCD 8071 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -209.82 |
| 12/31/24 | CHECKCARD  1230 GLIDEWELL LABORAT 9494402784   CA 5550629436519780413313B CKCD 8071 XXXXXXXXXXXX1108 XXXX XXXX XXXX 1108 | -256.00 |
| **Subtotal for card account # XXXX XXXX XXXX 1108** | | **-$17,393.52** |
| **Total withdrawals and other debits** | | **-$74,784.11** |

**BANK OF AMERICA** <span style="color:red">**Your checking account**</span>

UPTOWN DENTAL SOLUTIONS PA LLC  |  Account # 4880 4506 9408  |  December 1, 2024 to December 31, 2024

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 12/04/24 | 2217 | -7,008.88 | | 12/13/24 | 2231* | -4,369.07 |
| 12/06/24 | 2218 | -1,861.07 | | 12/13/24 | 2232 | -500.00 |
| 12/06/24 | 2219 | -2,489.63 | | 12/20/24 | 2233 | -8,972.77 |
| 12/09/24 | 2220 | -1,424.59 | | 12/19/24 | 2235* | -2,539.62 |
| 12/06/24 | 2221 | -485.76 | | 12/20/24 | 2236 | -287.61 |
| 12/05/24 | 2222 | -1,358.62 | | 12/20/24 | 2237 | -1,210.20 |
| 12/09/24 | 2223 | -1,334.21 | | 12/19/24 | 2238 | -1,514.99 |
| 12/27/24 | 2224 | -222.75 | | 12/19/24 | 2239 | -361.81 |
| 12/06/24 | 2225 | -7,033.04 | | 12/20/24 | 2240 | -2,024.06 |
| 12/10/24 | 2226 | -623.52 | | 12/19/24 | 2241 | -1,340.99 |
| 12/13/24 | 2227 | -3,000.00 | | 12/20/24 | 2242 | -4,000.00 |
| 12/20/24 | 2228 | -3,000.00 | | 12/23/24 | 2244* | -475.00 |
| 12/23/24 | 2229 | -1,000.00 | | | | |

| | |
|---|---|
| **Total checks** | **-$58,438.19** |
| **Total # of checks** | **25** |

*  *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $60.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 11/29/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $15,000+ combined average monthly balance in linked business accounts has been met

✓  Become a member of Preferred Rewards for Business has been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

*continued on the next page*

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4856-4566-9466   |   December 1, 2024 to December 31, 2024

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 12/06/24 | REMOTE DEPOSIT MONTHLY FEE | -15.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 12/01 | 9,839.44 | 12/11 | 17,408.79 | 12/20 | -81.81 |
| 12/02 | 9,116.31 | 12/12 | 26,049.00 | 12/23 | 15,072.30 |
| 12/03 | 6,984.77 | 12/13 | 17,889.81 | 12/24 | 8,599.97 |
| 12/04 | 3,497.87 | 12/16 | 30,470.40 | 12/26 | 3,598.02 |
| 12/05 | 5,553.97 | 12/17 | 26,720.45 | 12/27 | 1,571.27 |
| 12/06 | 14,414.22 | 12/18 | 24,885.55 | 12/30 | 8,973.48 |
| 12/09 | 19,279.73 | 12/19 | 21,810.88 | 12/31 | 9,112.66 |
| 12/10 | 10,237.24 | | | | |

**BANK OF AMERICA**

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4880 4506 9408   |   December 1, 2024 to December 31, 2024

## Check images

**Account number: 4880 4506 9408**

Check number: 2217   |   Amount:  $7,008.88



Check number: 2218   |   Amount:  $1,861.07



Check number: 2219   |   Amount:  $2,489.63



Check number: 2220   |   Amount:  $1,424.59



Check number: 2221   |   Amount:  $485.76



Check number: 2222   |   Amount:  $1,358.62



Check number: 2223   |   Amount:  $1,334.21



Check number: 2224   |   Amount:  $222.75



Check number: 2225   |   Amount:  $7,033.04



Check number: 2226   |   Amount:  $623.52



*continued on the next page*

**BANK OF AMERICA**

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4880 4506 9408   |   December 1, 2024 to December 31, 2024

## Check images - continued
**Account number: 4880 4506 9408**

Check number: 2227   |   Amount:  $3,000.00



Check number: 2228   |   Amount:  $3,000.00

Check number: 2229   |   Amount:  $1,000.00



Check number: 2231   |   Amount:  $4,369.07



Check number: 2232   |   Amount:  $500.00



Check number: 2233   |   Amount:  $8,972.77

Check number: 2235   |   Amount:  $2,539.62



Check number: 2236   |   Amount:  $287.61

Check number: 2237   |   Amount:  $1,210.20



Check number: 2238   |   Amount:  $1,514.99



*continued on the next page*

**BANK OF AMERICA**

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4880 4506 9408   |   December 1, 2024 to December 31, 2024

## Check images - continued

**Account number: 4880 4506 9408**

Check number: 2239   |   Amount:  $361.81



Check number: 2240   |   Amount:  $2,024.06



Check number: 2241   |   Amount:  $1,340.99



Check number: 2242   |   Amount:  $4,000.00



Check number: 2244   |   Amount:  $475.00



UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4300609698   |   December 1, 2024 - December 31, 2024

This page intentionally left blank

UPTOWN DENTAL SOLUTIONS PA LLC   |   Account # 4300698198   |   December 1, 2024 - December 31, 2024

This page intentionally left blank

This page intentionally left blank



| Mailstop 1170103D | Statement Period Start: | December 1, 2024 |
| P.O. Box 419226 | Statement Period End: | December 31, 2024 |
| Kansas City, MO 64141-6226 | | Page 1 of 3 |

RETURN SERVICE REQUESTED



00009392 TUMBDS01010125063722 01 000000000 0009396 003

UPTOWN DENTAL SOLUTIONS PLLC DBA
LAKESIDE DENTAL SOLUTIONS
6617 HERITAGE PKWY STE 120
ROCKWALL TX  75087-8750

## CUSTOMER SERVICE

 **Customer Service Phone:**
1.866.204.3913

 **Written Inquiries:**
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO  64141-6226

 **UMB.com**



Access Financial Insights on the UMB Blog
LEARN MORE
blog.umb.com

## SMALL BUSINESS TREASURY SOLUTION

**Account Number:** **8505**

**Account Title(s):**   **UPTOWN DENTAL SOLUTIONS PLLC DBA
LAKESIDE DENTAL SOLUTIONS**

### Account Summary



| | | | |
|---|---|---|---|
| **Beginning Balance as of 12/01/2024** | **$8,588.99** | Total Days in Statement Period | 31 |
| + Deposits and Credits  (1) | $8,500.00 | | |
| - Withdrawals and Debits  (2) | $17,000.00 | | |
| - Service Charges and Fees | $75.00 | | |
| **Ending Balance as of 12/31/2024** | **$13.99** | | |


MEMBER FDIC


EQUAL HOUSING LENDER

**Terms and Conditions**

All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes:** It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.

00009392 0057738 0002-0003





UPTOWN DENTAL SOLUTIONS PLLC DBA
Statement Ending: December 31, 2024
Page 3 of 3

## Transaction Detail

| Date | Description | Deposits | Withdrawals |
|------|-------------|---------:|------------:|
| Dec 03 | ANALYSIS SERVICE CHARGE(S) | | 75.00 |
| Dec 05 | PRINCIPAL PAYDOWN ON ACT#12027043-101 | | 8,500.00 |
| Dec 23 | TRANSFER FROM 9408 EXTERNAL ACCOUNT 12/23 | 8,500.00 | |
| Dec 27 | PRINCIPAL PAYDOWN ON ACT#12027043-101 | | 8,500.00 |
| **Totals** | | **$8,500.00** | **$17,075.00** |

## End of Day - Current Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|------|--------:|
| Dec 03 | 8,513.99 | Dec 05 | 13.99 | Dec 23 | 8,513.99 | Dec 27 | 13.99 |




MEMBER
FDIC


EQUAL HOUSING
LENDER

00009392 0057739 0003-0003 TUMBDS010101250063722 01 L 00009396

# Lakeside Dental Solutions

## Balance Sheet

### As of December 31, 2024

|  | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 101 BOA Checking x9408 | 9,112.66 |
| 102 BoA Perio Checking #3492 | 268.06 |
| 105 UMB Bank -8505 | 17,163.99 |
| 106 BoA Wealth #3768 | 8,118.54 |
| **Total Bank Accounts** | **$34,663.25** |
| Other Current Assets | |
| 121 Employee Advance | |
| Due to / from Dr Salter | 0.00 |
| **Total 121 Employee Advance** | **0.00** |
| 129 Loan to Shareholders | 1,285,018.41 |
| Loan to Dental School start up | 3,393.00 |
| Loan to Healthy Sleep Mgmt | 14,158.44 |
| Loan to Lakeside Dental Sleep A | 177,622.77 |
| Loan to Mesquite Dental Solutions | 86,936.55 |
| Loan to Midway Dental Solutions | 163,483.16 |
| Loan to Polaris Dental Solutions | 10,000.00 |
| **Total 129 Loan to Shareholders** | **1,740,612.33** |
| 132 Prepaid Payroll | 0.67 |
| **Total Other Current Assets** | **$1,740,613.00** |
| **Total Current Assets** | **$1,775,276.25** |
| Fixed Assets | |
| 130 Furniture & Fixtures - Office | 21,218.93 |
| 140 Machinery & Equipment - Dental | 370,905.12 |
| 150 Leasehold Improvements | 336,019.71 |
| 169 Accumulated Depreciation | -432,596.16 |
| 170 Goodwill | 627,800.00 |
| 171 Restrictive Covenant - Dr. Salt | 5,000.00 |
| 172 Loan Acquisition Costs | 21,656.25 |
| 179 Accumulated Amortization | -464,348.06 |
| **Total Fixed Assets** | **$485,655.79** |
| Other Assets | |
| 180 Rent Security Deposit | 5,000.00 |
| **Total Other Assets** | **$5,000.00** |
| **TOTAL ASSETS** | **$2,265,932.04** |

# Lakeside Dental Solutions

## Balance Sheet

### As of December 31, 2024

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| 221 Bank of America CC Perio  -1802 | 30,075.04 |
| 222 Chase CC - 8131 | 67,489.60 |
| 223 CitiBusiness CC Perio 8664 (Formerly 6372) | 19,206.76 |
| 224 Bank of America CC #6557 | 33,817.01 |
| Chase CC  -8131 (DO NOT USE) | 0.00 |
| **Total Credit Cards** | **$150,588.41** |
| Other Current Liabilities | |
| 131 Payroll Liabilities | 0.00 |
| 209 Direct Deposit Payable | 0.00 |
| 211 Payroll Tax Payable | 0.00 |
| 2110 Direct Deposit Liabilities | 0.00 |
| 212 Unemployment Tax Payable | 0.00 |
| **Total Other Current Liabilities** | **$0.00** |
| **Total Current Liabilities** | **$150,588.41** |
| Long-Term Liabilities | |
| 240 UMB Loan | 1,182,177.93 |
| 245 BBVA Compass | 40,847.05 |
| 247 Bankers Healthcare/Equity Bank | 0.00 |
| 248 Patterson Dental (606.06) | 0.00 |
| 249 ProHealth Capital -Lease Direct | 0.00 |
| 252 SBA EIDL Loan | 450,500.00 |
| 253 SBA PPP Loan | 0.00 |
| 254 Celtic Bank | 0.00 |
| 255 Samson Servicing | 0.00 |
| 256 Kapitus Loan | 0.00 |
| 258 OnDeck Capital | 46,401.81 |
| 259 The FundWorks Financial | 0.00 |
| 262 ReadyCap Lending | 443,800.36 |
| 263 Ascentium Capital | 43,828.32 |
| 264 JB&B Cap | 21,947.52 |
| 265 Bank Midwest # $1,250.00 | -3,750.00 |
| **Total Long-Term Liabilities** | **$2,225,752.99** |
| **Total Liabilities** | **$2,376,341.40** |
| Equity | |
| 300 Common Stock | 1,000.00 |
| 302 Additional PIC | 0.00 |
| 306 Retained Earnings | 1,567.70 |
| 310 Distributions | -138,714.51 |

# Lakeside Dental Solutions

## Balance Sheet

As of December 31, 2024

|  | TOTAL |
|---|---|
| Net Income | 25,737.45 |
| **Total Equity** | **$ -110,409.36** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,265,932.04** |

# Lakeside Dental Solutions

## Profit and Loss

### December 2024

|  | TOTAL |
|---|---|
| Income | |
| 400 Income - Dental | 114,375.82 |
| 449 Refunds & Allowances | -1,000.00 |
| **Total Income** | **$113,375.82** |
| Cost of Goods Sold | |
| 452 Medical Supplies | 6,042.36 |
| 454 Lab Fees | 7,217.35 |
| 472 Subcontractors | 12,162.21 |
| **Total Cost of Goods Sold** | **$25,421.92** |
| GROSS PROFIT | **$87,953.90** |
| Expenses | |
| Operating Expenses | |
| Facility Expenses | |
| 555 Insurance | 846.10 |
| 590 Rent | 15,538.55 |
| 595 Repair & Maintenance | 623.52 |
| 610 Telephone and Communication | 285.64 |
| **Total Facility Expenses** | **17,293.81** |
| Marketing Expenses | |
| 500 Advertising | 2,363.93 |
| **Total Marketing Expenses** | **2,363.93** |
| Office Expenses | |
| 515 Bank Charges | 226.50 |
| 526 Computer Expenses | 624.87 |
| 540 Dues & Subscriptions | 142.85 |
| 54060 Credit card fees | 1,397.49 |
| 575 Office Supplies & Expense | 524.55 |
| **Total Office Expenses** | **2,916.26** |
| Professional Expenses | |
| 570 Legal & Professional Fees | 2,295.00 |
| 583 Practice Management | 668.71 |
| **Total Professional Expenses** | **2,963.71** |
| Staff Compensation | |
| 605 Taxes - Payroll | 45,772.32 |
| **Total Staff Compensation** | **45,772.32** |
| **Total Operating Expenses** | **71,310.03** |
| **Total Expenses** | **$71,310.03** |
| NET OPERATING INCOME | **$16,643.87** |

# Lakeside Dental Solutions

## Profit and Loss

December 2024

|  | TOTAL |
|---|---|
| Other Income | |
| 800 Interest Earned | 0.18 |
| **Total Other Income** | **$0.18** |
| Other Expenses | |
| Non Operating Expenses | |
| Doctor Compensation | |
| 616 Meals and Entertainment | 365.89 |
| **Total Doctor Compensation** | **365.89** |
| Other Expense | |
| 560 Interest Expense | 2,653.07 |
| **Total Other Expense** | **2,653.07** |
| **Total Non Operating Expenses** | **3,018.96** |
| **Total Other Expenses** | **$3,018.96** |
| NET OTHER INCOME | **$ -3,018.78** |
| NET INCOME | **$13,625.09** |